## CASSELL v. BARNES et al.
### No. 67531.

District Court of the United States for the District of Columbia.

Oct. 5, 1939.

Bernard G. Ostmann, of Washington, D. C., for plaintiff.

Ben Lindas, of Washington, D. C., for defendant.

PROCTOR, Justice.

In view of the six month time limitation stated in Rule 60(b), Rules of Civil Procedure for District Courts, 28 U.S.C.A. following section 723c, the court is without authority at this time to relieve defendant of the order of default. Accordingly, the motion to vacate default is denied.